1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAMON OLVERA, an individual,<br><br>                              Plaintiff,<br><br>        vs.<br><br>QUEST DIAGNOSTICS, a business entity AND DOES 1-200 INCLUSIVE,<br><br>                              Defendants. | Case No. 2:19-cv-06157<br><br>[~~PROPOSED~~] **JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       August 17, 2020<br>Time:       9:00 a.m.<br>Courtroom: 850<br>Judge:      Hon. R. Gary Klausner |
|---|---|

## [Proposed] Judgment

This action came on for hearing before the Court, Hon. R. Gary Klausner, District Judge Presiding, on Defendant Quest Diagnostics' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 on all causes of action in Plaintiff Ramon Olvera's First Amended Complaint, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

JUDGMENT IS HEREBY ENTERED in favor of Defendant Quest Diagnostics and against Plaintiff Ramon Olvera. Plaintiff shall take nothing by way of his First Amended Complaint. Defendant is entitled to its costs.

Dated: August 19, 2020

_____
Honorable R. Gary Klausner